**Petition for Permissive Appeal Denied and Memorandum Opinion filed February 6, 2014.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-14-00023-CV

---

### RODOLFO REGOJO AND LORRAINE MANON, Appellants

### V.

### GRAND LAKES COMMUNITY ASSOCIATION, INC., Appellee

---

**On Appeal from the County Court at Law No. 1
Fort Bend County, Texas
Trial Court Cause No. 12-CCV-049530**

---

## M E M O R A N D U M   O P I N I O N

On January 8, 2014, appellants filed a petition for permissive appeal in this court. *See* Tex. Civ. Prac. & Rem. Code § 51.014; *see also* Tex. R. App. P. 28.3. Appellants have not established that they are entitled to a permissive appeal. Accordingly, we deny appellants' petition for permissive appeal.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Busby and Donovan.